# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

SHIRLEY WILLIAMS

Case Number: 10-CV-844

v.

COUNTY OF MILWAUKEE,
MENTAL HEALTH COMPLEX

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for judgment on the pleadings (Docket #8) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's motion for sanctions (Docket #15) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

March 8, 2011
Date

s/Nancy A. Monzingo
By: Deputy Clerk